IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-333-AP

TIM E. SMITH,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1.  APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

William E. Benjamin
5350 Manhattan Circle, Suite 105
Boulder, CO 80303
Telephone (303) 442-9005
FAX (303) 442-2345
E-mail: Wbenjaminlaw@ecentral.com

For Defendant:

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

THOMAS H. KRAUS
Assistant Regional Counsel
SSA/OGC, Region VIII - Denver
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone (303) 844-0017
FAX (303) 844-0770
Tom.Kraus@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** February 17, 2009

   B. **Date Complaint Was Served on U.S. Attorney's Office:** February 27, 2009

   C. **Date Answer and Administrative Record Were Filed:** April 27, 2009

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   The parties, to the best of their knowledge, state that the Administrative Record appears to be complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   The parties do not anticipate submitting additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   The parties, to the best of their knowledge, state that they are not aware of any unusual claims or defenses in this case.

7. **OTHER MATTERS**

   The parties state that there are no other matters.

8. **BRIEFING SCHEDULE**

   A. **Plaintiff's Opening Brief Due:** June 29, 2009

   B. **Defendant's Response Brief Due:** July 29, 2009

   C. **Plaintiff's Reply Brief (If Any) Due:** August 13, 2009

### 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**

Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

### 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

### 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED: May 15, 2009

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:                                              For Defendant:


s/ William E. Benjamin 05/14/2009                          DAVID M. GAOUETTE
William E. Benjamin                                        Acting United States Attorney
5350 Manhattan Circle, Suite 105
Boulder, CO 80303                                          KEVIN TRASKOS
Telephone (303) 442-9005                                   Deputy Chief, Civil Division
FAX (303) 442-2345                                         United States Attorney's Office
E-mail: Wbenjaminlaw@ecentral.com                          District of Colorado
Attorney for Plaintiff                                     kevin.traskos@usdoj.gov

                                                                                      s/Thomas M. Kraus     5/14/2009
                                                                                      Thomas M. Kraus
                                                                                      Assistant Regional Counsel
                                                                                      SSA/OGC, Region VIII - Denver
                                                                                      1961 Stout Street, Suite 1001A
                                                                                      Denver, Colorado 80294
                                                                                      Telephone (303) 844-0017
                                                                                      FAX (303) 844-0770
                                                                                      E-mail: Tom.Kraus@ssa.gov
                                                                                      Attorneys for Defendant